# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAUL ARTEAGA GARCIA (1),<br><br>                Defendant. | Criminal Case No. 12CR0365-H<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE DEFENDANT'S MENTAL COMPETENCY** |

     No objections having been filed, IT IS HEREBY ORDERED that the Report and Recommendation of the Magistrate Judge are adopted and this Court finds Defendant Raul Arteaga Garcia mentally competent to stand trial under 18 U.S.C. § 4241 at this time.

     IT IS SO ORDERED.

DATED: March 20, 2012

                                                        MARILYN L. HUFF, District Judge
                                                        UNITED STATES DISTRICT COURT