# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

12 AUG -1 AM 8:29

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAUL ARTEAGA GARCIA (1),

    Defendant.

CASE NO. 12CR0365-H

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

8 U.S.C. 1326(a) and (b) - Attempted Entry After Deportation

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/31/12

Hon. MARILYN L. HUFF
United States District Judge